# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Katz,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Community Legal Advisors, Inc.,<br><br>　　　　　　Defendant. | Case No.: 3:16-cv-03022-AJB-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Doc. No. 7) |

　　　Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

　　　IT IS SO ORDERED.

Dated:  February 14, 2017

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　United States District Judge